Order issued September 19 , 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-00141-CV

**AMBER ETTA BUMPUS, Appellant**

V.

**BRENT WADE FITZGERALD, Appellee**

## ORDER

The Court has before it appellee's August 8, 2012 motion to dismiss and appellant's August 15, 2012 response to that motion. Appellant has been provided multiple extensions of time to pay for the clerk's record, and her affidavit of indigency was denied by the trial court. The motion to dismiss is **DENIED** at this time. However, if appellant does not provide documentation showing that she has paid for the clerk's record within ten days, this case will be dismissed.

MOLLY FRANCIS
JUSTICE